ORIGINAL

FILED
OCT 25 2004
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT
OF FEDERAL CLAIMS

M. RAINA ASSOCIATES, INC.,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

No. 04-1601C

## COMPLAINT

COMES NOW the Plaintiff, M. Raina Associates, Inc. ("Raina"), by and through its undersigned counsel, for its Complaint against The United States of America, acting by and through the U.S. General Services Administration, and states as follows:

## JURISDICTION

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1491. Raina brings this action pursuant to the Contract Disputes Act of 1978, 41 U.S.C. § 601, *et seq*.

## PARTIES

2. Plaintiff, Raina, is a Virginia corporation with a principal place of business located in the Commonwealth of Virginia. Raina is in the construction contracting business and is a qualified federal government contractor.

3. The Defendant is the United States of America acting through its agency, bureau, instrumentality, and/or agent, the United States General Services Administration ("GSA").

Law Offices
Leonard A. Sacks & Associates, P.C.
One Church Street
Suite 303
Rockville, Maryland 20850

Tel. (301) 738-2470
Fax: (301) 738-3705

4. The GSA issued solicitation number GS11PO2ZGC0002 for the OHROS Fit-out at the Ariel Rios Federal Building located at 12th Street and Pennsylvania Avenue, N.W., Washington, D.C. ("Project").

5. The plans and specifications were prepared by the GSA or by its authorized representative.

6. Raina was awarded the contract, GS11PO2ZGC0002, in the amount of One Million Six-Hundred Sixty Thousand Sixty-One Dollars ($1,660,061.00) ("Contract") and was issued a notice to proceed dated January 2, 2002.

7. The performance period was one hundred eighty (180) calendar days from notice to proceed.

8. Generally, the scope of work included modernization of approximately 15,000 square feet of the basement of the Ariel Rios Building, including demolition, floor leveling, new electrical and mechanical systems, modifications to the fire alarm and security systems, additions to the sprinkler system, new walls, ceilings, finishes and some tenant fit-out of approximately 5,000 square feet on the first floor where space will be modified.

9. As a result of design deficiencies, GSA issued approximately fifty change orders, significantly increasing the scope of work, but without providing any time extensions to Raina and its subcontractors.

10. As a direct result of the design deficiencies, changes in the work and time required to make the changes, Raina and its subcontractors were required to increase the staffing for the Project to accomplish the work within the original time of performance.

11. By letter dated November 21, 2002, Raina submitted its properly certified claim plus claims from its subcontractors in the total amount of Six-Hundred Thirty-Nine Thousand Four-

Law Offices
LEONARD A. SACKS &
ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705

Hundred Twenty-Five Dollars ($639,425.00) for the added costs of complying with the directives to complete the work for the end user.

12. By Contracting Officer decision dated October 16, 2003, which was received by Raina on October 26, 2003, the Contracting Officer for the GSA denied the claim in its entirety.

WHEREFORE, M. Raina Associates, Inc. requests judgment against the United States of America in the amount of Six-Hundred Thirty-Nine Thousand Four-Hundred Twenty-Five Dollars ($639,425.00) plus attorney fees, pursuant to the Equal Access to Justice Act, interest, and such other relief as the Court deems appropriate.

Respectfully submitted by,

Leonard A. Sacks, Esq., FBN 04257
Leonard A. Sacks & Associates, P.C.
One Church Street • Suite 303
Rockville, Maryland 20850
(301) 738-2470

Dated: October 25, 2004

*Counsel for M. Raina Associates, Inc.*

Law Offices
LEONARD A. SACKS &
ASSOCIATES, P.C.
ONE CHURCH STREET
SUITE 303
ROCKVILLE, MARYLAND 20850

TEL: (301) 738-2470
FAX: (301) 738-3705