# In the United States Court of Federal Claims

No. 04-1601C
Filed: January 10, 2005

| | |
|---|---|
| M. RAINA ASSOCIATES, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

DIRECTING COUNSEL TO SET UP CM/ECF ACCOUNT

This case has been designated as an electronic case in the court's case management/electronic case filing (CM/ECF) system. Pursuant to General Order No. 42A and the court's October 25, 2004, "Notice of Designation," in order to file documents and receive service in CM/ECF, the attorneys in this action must have a CM/ECF account. The court has been advised that plaintiff's counsel, Leonard A. Sacks, does not have such an account. Accordingly, plaintiff's counsel shall take the necessary steps to obtain a CM/ECF account. Information about the CM/ECF system is available on the court's website (www.uscfc.uscourts.gov).

The Clerk shall provide plaintiff's counsel with a hard copy of this order.

s/John P. Wiese
John P. Wiese
Judge