IN THE UNITED STATES COURT OF FEDERAL CLAIMS

M. RAINA ASSOCIATES, INC. )
)
Plaintiff, )
) No. 04-1601C
v. ) (Judge Wiese)
)
THE UNITED STATES, )
)
Defendant. )

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests a 21-day enlargement of time, to and including February 14, 2005, within which to file its response to the complaint. Our response is currently due on January 24, 2005. This is defendant's second request for an enlargement of time for this purpose. The Court previously granted an enlargement of 31 days. Counsel for plaintiff has informed us that plaintiff does not oppose our request for an enlargement of time for this purpose.

The enlargement is requested because the undersigned counsel of record for defendant has not yet received a litigation report from the interested agency, the General Services Administration ("GSA"). Initially, GSA believed that the litigation report could be prepared by January 17, 2005. However, GSA has encountered unexpected difficulties in collecting and organizing the documents that are necessary to prepare a response to plaintiff's complaint. Defendant’s counsel currently anticipates that the requested 21 days will allow us sufficient time to collect and organize these documents and to file our response.

For these reasons, defendant respectfully requests that the Court grant its unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
Assistant Director

s/Roger A. Hipp
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0277
Fax: (202) 307-0972

January 21, 2005

Attorneys for Defendant

Certificate of Filing

I hereby certify that on January 21, 2005, a copy of the foregoing "Defendant's Unopposed Motion For Enlargement Of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Roger A. Hipp