IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M. RAINA ASSOCIATES, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1601C |
| v. | ) | (Judge Wiese) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT PRELIMINARY STATUS REPORT

Pursuant to Appendix A of the Rules of the United States Court of Federal Claims, plaintiff and defendant respectfully submit the following joint preliminary status report:

a. Jurisdiction

Plaintiff states that the Court has jurisdiction to consider and decide this action pursuant to 28 U.S.C. § 1491 and 41 U.S.C. § 601. Defendant is not aware of a basis upon which to challenge the Court's jurisdiction at this time.

b. Consolidation

The parties agree that this case should not be consolidated with any other case that is currently pending. Plaintiff has submitted other claims to GSA arising out of the same contract as the one at issue in this action, but has not initiated litigation regarding those claims. Plaintiff may seek leave to amend the complaint to add those claims, or otherwise seek to consolidate those claims with this action. Defendant reserves the right to oppose amending the complaint or consolidating the additional claims with this action.

c. Bifurcation

The parties agree that trial of liability and damages should not be bifurcated.

d. Deferral

The parties agree that further proceedings in this case should not be deferred pending consideration of another case before this Court or any other tribunal.

e. Remand/Suspension

The parties agree that no remand or suspension will be sought.

f. Joinder

The parties agree that no additional parties will be joined.

g. Dispositive Motions

One or both parties may move for summary judgment pursuant to RCFC 56.

h. Relevant Issues

1. Whether, as a result of design deficiencies, GSA issued change orders that significantly increased the scope of work, without providing time extensions to Raina and is subcontractors.

2. Whether, as a result of design deficiencies, Raina and its subcontractors were required to increase the staffing for the project to accomplish the work within the original time of performance.

3. Whether Raina caused delays and additional costs by failing to competently perform the contract.

4. Whether plaintiff is entitled to damages in the amount of $639,425, or to any damages whatsoever.

i. Settlement

The parties anticipate pursuing settlement negotiations upon an informal basis as the litigation progresses. Plaintiff believes that some form of alternative dispute resolution may be appropriate. Defendant does not, at this time, believe that ADR is appropriate.

j. Trial

As stated above, one or both parties may move for summary judgment pursuant to RCFC 56. If dispositive motions are not submitted, or if they are not completely dispositive of this action, the parties anticipate proceeding to trial. The parties do not request expedited trial scheduling. The parties agree that trial should take place in Washington, D.C.

k. Electronic Case Management

Parties have no special issue regarding electronic case management needs.

l. Additional Information

The parties are not aware of any additional information of which the Court should be aware.

m. Proposed Discovery Plan

The parties intend to conduct simultaneous discovery through interrogatories, requests for admission, requests for production of documents, and depositions. The parties propose the following discovery schedule:

| | |
|---|---|
| Exchange of Initial Disclosures | April 21, 2005 |
| Close of Fact Discovery | September 30, 2005 |
| Plaintiff's Expert Report Due | October 28, 2005 |

| | |
|---|---|
| Defendant's Expert Report Due | November 30, 2005 |
| Deadline for Expert Depositions | January 15, 2006 |

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s Leonard A. Sacks
LEONARD A. SACKS
Leonard A. Sacks & Associates, P.C.
One Church Street
Suite 303
Rockville, MD 20850
Tele: (301) 738-2470
Fax: (301) 738-3705

Attorney for Plaintiff

/s Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
Assistant Director

/s Roger A. Hipp
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
Washington, D.C. 20530
Tele: (202) 307-0277
Fax: (202) 307-0972

Attorneys for Defendant

April 7, 2005

Certificate of Filing

I hereby certify that on April 7, 2005, a copy of the foregoing "Joint Preliminary Status Report" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Roger A. Hipp