# In the United States Court of Federal Claims

No. 04-1601C
Filed: April 25, 2005

| | |
|---|---|
| M. RAINA ASSOCIATES, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

---

ORDER

SCHEDULING PRELIMINARY STATUS CONFERENCE

---

Pursuant to the agreement of the parties, a preliminary status conference is scheduled for 2:30 p.m. on Thursday, April 28, 2005, at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C. The courtroom designation will be posted on the bulletin board in the lobby of the courthouse. The proceedings will be transcribed.

s/John P. Wiese
John P. Wiese
Judge