# In the United States Court of Federal Claims

No. 04-1601C
Filed: April 27, 2005

M. RAINA ASSOCIATES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

ORDER

RESCHEDULING PRELIMINARY STATUS CONFERENCE

---

The preliminary status conference scheduled for April 28, 2005, has been rescheduled and will be held at 2:30 p.m. on Monday, May 16, 2005, at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C. The courtroom designation will be posted on the bulletin board in the lobby of the courthouse. The proceedings will be transcribed.

s/John P. Wiese
John P. Wiese
Judge