# In the United States Court of Federal Claims

No. 04-1601C
Filed: May 16, 2005

| | |
|---|---|
| M. RAINA ASSOCIATES, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

ESTABLISHING DEADLINE

As discussed during the preliminary status conference held this date, on or before June 30, 2005, the parties shall contact the court (Joan Goldfrank at 202-357-6652) to schedule a follow-up status conference.

s/John P. Wiese
John P. Wiese
Judge