# In the United States Court of Federal Claims

No. 04-1601C
Filed: July 28, 2005

| | |
|---|---|
| M. RAINA ASSOCIATES, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

SCHEDULING STATUS CONFERENCE

Pursuant to the agreement of the parties, a status conference will be held at 2:30 p.m. on Thursday, August 11, 2005, at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C. The courtroom designation will be posted on the bulletin board in the lobby of the courthouse. The proceedings will be transcribed.

s/John P. Wiese
John P. Wiese
Judge