# In the United States Court of Federal Claims

No. 04-1601C
Filed: August 12, 2005

| | |
|---|---|
| M. RAINA ASSOCIATES, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

ESTABLISHING DEADLINE

As discussed during the status conference held this date, plaintiff anticipates filing a related case in this court covering four additional claims currently before the contracting officer. Upon the contracting officer's final decision with respect to these claims, but no later than October 11, 2005, the parties shall contact the court at (202) 357-6652 to schedule a status conference to discuss the parties intentions with respect to further proceedings in this action.

s/John P. Wiese
John P. Wiese
Judge