# In the United States Court of Federal Claims

No. 04-1601C
Filed: November 15, 2005

M. RAINA ASSOCIATES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

## ESTABLISHING PRETRIAL SCHEDULE

As discussed during the status conference held on November 10, 2005, the parties have agreed to adhere to the following pretrial schedule:

1. On or before December 1, 2005, each party shall serve upon the opposing party its discovery requests.

2. Discovery of documents shall be completed on or before February 1, 2006.

3. On or before March 15, 2006, the parties shall file their expert reports.

4. Deposition of witnesses shall be completed on or before April 17, 2006.

5. A status conference to discuss further proceedings in this action is scheduled for 2:30 p.m. on Tuesday, May 2, 2006, at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C. The courtroom designation will be posted on the bulletin board in the lobby of the courthouse. The proceedings will be transcribed. In the interim, counsel are encouraged to continue to work toward the settlement of this action.

s/John P. Wiese
John P. Wiese
Judge