# In the United States Court of Federal Claims

Nos. 04-1601C and 05-1222C
Filed: December 6, 2005

| | |
|---|---|
| M. RAINA ASSOCIATES, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

CONSOLIDATING CASES

Based on the representation set forth in the November 21, 2005, complaint, Case No. 05-1222C is hereby consolidated with Case No. 04-1601C.

s/John P. Wiese
John P. Wiese
Judge