IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M. RAINA ASSOCIATES, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 04-1601C<br>(Judge Wiese) |
| M. RAINA ASSOCIATES, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 05-1222C<br>(Judge Wiese) |

**DEFENDANT'S UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER**

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests that the Court modify the November 15, 2005 scheduling order, to enlarge the period provided for exchanging expert reports by 90 days, from March 15, 2006, to June 13, 2006, with a corresponding enlargement of the deadline for expert depositions from April 17, 2006, to July 14, 2006. This is defendant's first request for an enlargement of time for this purpose. Counsel for plaintiff has informed us that plaintiff does not oppose this motion.

The pretrial schedule proposed by the parties and adopted by the Court called for the parties to conduct settlement discussions in January and February 2006, prior to exchanging expert reports. This plan was not realized because of the unanticipated retirement of counsel for the interested agency, the General Services Administration, in December 2005. As a result, the

agency assigned new counsel to handle the case on an interim basis until the case could be permanently assigned to a new attorney on February 13, 2006. In the meantime, it was not practical for the parties to proceed with settlement discussions.

The parties are now able to proceed with settlement discussions and, if necessary, expert discovery. Accordingly, defendant respectfully requests that the Court grant this request to modify the scheduling order.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ DEBORAH A. BYNUM
DEBORAH A. BYNUM
Assistant Director

s/ ROGER A. HIPP
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0277
Fax: (202) 307-0972

March 13, 2006 Attorneys for Defendant

Certificate of Filing

I hereby certify that on March 13, 2006, a copy of the foregoing "Defendant's Unopposed Motion For To Modify Scheduling Order" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ PAUL R. WELLONS