# In the United States Court of Federal Claims

No. 04-1601C
Filed: March 23, 2006

| | |
|---|---|
| M. RAINA ASSOCIATES, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

---

ORDER

GRANTING MOTION TO MODIFY PRETRIAL SCHEDULE

---

Defendant's March 13, 2006, unopposed motion to modify the court's November 15, 2005, scheduling order, is hereby GRANTED, and the pretrial schedule shall be modified as follows:

1. The time within which the parties shall file their expert reports is extended to and including June 13, 2006.

2. The time within which the parties shall complete the deposition of witnesses is extended to and including July 14, 2006.

3. The status conference currently scheduled for May 2, 2006, has been rescheduled and will be held at 2:30 p.m. on Monday, July 31, 2006, at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C.

s/John P. Wiese
John P. Wiese
Judge