IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M. RAINA ASSOCIATES, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 04-1601C<br>(Judge Wiese) |
| M. RAINA ASSOCIATES, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 05-1222C<br>(Judge Wiese) |

**DEFENDANT'S UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER**

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests that the Court modify the March 23, 2006 scheduling order, to enlarge the period provided for exchanging expert reports by 60 days, from June 13, 2006, to August 12, 2006, with a corresponding enlargement of the deadline for expert depositions from July 14, 2006, to September 12, 2006. This is defendant's second request for an enlargement of time for this purpose. Defendant previously requested one enlargement of 90 days.

This enlargement is requested in order to give the parties additional time to explore the possibility of settlement before exchanging expert reports. During the last 90 days, the parties have taken various steps to facilitate settlement. These steps include: (1) defendant's retention of an expert for the purpose of evaluating plaintiff's settlement proposal; (2) an agreement to

exchange additional documents; (3) a meeting scheduled for June 20, 2006 to discuss settlement of the claims regarding additional square footage, carpet installation, storm windows, and electrical panels; and (4) an agreement to meet during the latter part of July to discuss settlement of the claim alleging directed acceleration.

The parties believe that proceeding with settlement discussions as outlined above, prior to the exchange of expert reports, will enhance the potential for an efficient and amicable resolution. Accordingly, defendant respectfully requests that the Court grant this request to modify the scheduling order.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Roger A. Hipp
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0277
Fax: (202) 307-0972

June 8, 2006

Attorneys for Defendant

<u>Certificate of Filing</u>

I hereby certify that on June 8, 2006, a copy of the foregoing "Defendant's Unopposed Motion For To Modify Scheduling Order" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Roger A. Hipp