# In the United States Court of Federal Claims

No. 04-1601C
Filed: June 28, 2006

M. RAINA ASSOCIATES, INC., )
)
Plaintiff, )
)
v. )
)
THE UNITED STATES, )
)
Defendant. )

---

ORDER

GRANTING MOTION TO MODIFY PRETRIAL SCHEDULE

---

Defendant's June 8, 2006, unopposed motion to modify the court's March 23, 2006, scheduling order, is hereby GRANTED, and the pretrial schedule shall be modified as follows:

1. The time within which the parties shall file their expert reports is extended to and including August 14, 2006.

2. The time within which the parties shall complete the deposition of witnesses is extended to and including September 12, 2006.

3. The status conference currently scheduled for July 31, 2006, shall be rescheduled to commence at 2:30 p.m. on Monday, October 2, 2006, at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C.

s/John P. Wiese
John P. Wiese
Judge