IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M. RAINA ASSOCIATES, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 04-1601C<br>(Judge Wiese) |
| M. RAINA ASSOCIATES, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 05-1222C<br>(Judge Wiese) |

**DEFENDANT'S UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER**

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests that the Court modify the June 28, 2006 scheduling order, to enlarge the period provided for exchanging expert reports by 60 days, from August 14, 2006, to October 13, 2006 with a corresponding enlargement of the deadline for expert depositions from September 12, 2006, to November 13, 2006. This is defendant's third request for an enlargement of time for this purpose. Defendant previously requested, with plaintiff's consent, two enlargements for a total of 150 days. In addition, plaintiff's counsel has asked us to include a request that the status conference currently scheduled for October 2, 2006, be rescheduled due to a conflict with a religious holiday.

This enlargement is requested in order to give the parties additional time to explore the possibility of settlement before exchanging expert reports. During the last two months, the parties have worked diligently toward a potential settlement of all claims. The parties held a meeting on June 20, 2006, at which they made substantial progress toward settling one claim and agreed to exchange additional information concerning the remaining claims. Subsequent to the meeting, the parties have exchanged documents that have clarified their respective positions. If this motion is granted, the parties intend to continue to exchange of information and hold another settlement meeting during the last week of September.

The parties believe that proceeding with settlement discussions as outlined above, prior to the exchange of expert reports, will enhance the potential for an efficient and amicable resolution. Accordingly, defendant respectfully requests that the Court grant this request to modify the scheduling order.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Roger A. Hipp
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0277
Fax: (202) 307-0972

August 14, 2006

Attorneys for Defendant

Certificate of Filing

I hereby certify that on August 14, 2006, a copy of the foregoing "Defendant's Unopposed Motion For To Modify Scheduling Order" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/