# In the United States Court of Federal Claims

No. 04-1601C
Filed: August 28, 2006

M. RAINA ASSOCIATES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

ORDER

GRANTING MOTION TO MODIFY PRETRIAL SCHEDULE

---

Defendant's August 14, 2006, unopposed motion to modify the court's June 28, 2006, scheduling order, is hereby GRANTED, and the pretrial schedule shall be modified as follows:

1. The time within which the parties shall file their expert reports is extended to and including October 13, 2006.

2. The time within which the parties shall complete the deposition of witnesses is extended to and including November 13, 2006.

3. The status conference currently scheduled for October 2, 2006, shall be rescheduled to commence at 2:30 p.m. on Monday, December 4, 2006, at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C.

s/John P. Wiese
John P. Wiese
Judge