IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M. RAINA ASSOCIATES, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 04-1601C<br>(Judge Wiese) |
| M. RAINA ASSOCIATES, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 05-1222C<br>(Judge Wiese) |

**DEFENDANT'S UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER**

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests that the Court modify the June 28, 2006 scheduling order, to enlarge the period provided for exchanging expert reports by 45 days, from October 13, 2006, to November 27, 2006, with a corresponding enlargement of the deadline for expert depositions from November 13, 2006, to December 28, 2006. This is defendant's fourth request for an enlargement of time for this purpose. Defendant previously requested, with plaintiff's consent, three enlargements for a total of 210 days. Plaintiff's counsel has advised us that plaintiff does not oppose this motion.

This enlargement is requested in order to give the parties additional time to explore the possibility of settlement before exchanging expert reports. During the last two months, the

parties have exchanged additional documents and developed a plan for holding a final meeting to discuss settlement. If this motion is granted, the parties will hold a teleconference later this month to discuss the remaining factual questions, then attend a final settlement meeting on November 7.

The parties believe that proceeding with settlement discussions as outlined above, prior to the exchange of expert reports, will enhance the potential for an efficient and amicable resolution. Accordingly, defendant respectfully requests that the Court grant this request to modify the scheduling order.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Roger A. Hipp
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0277
Fax: (202) 307-0972

October 12, 2006

Attorneys for Defendant

Certificate of Filing

I hereby certify that on October 12, 2006, a copy of the foregoing "Defendant's Unopposed Motion For To Modify Scheduling Order" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/