# In the United States Court of Federal Claims

Nos. 04-1601C and 05-1222C
Filed: January 11, 2007

M. RAINA ASSOCIATES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

**ESTABLISHING PRETRIAL SCHEDULE**

As discussed during the status conference held this date, the parties shall adhere to the following pretrial schedule.

**DISCOVERY**

1. On or before February 15, 2007, the parties shall complete all documentary discovery.

2. On or before March 30, 2007, the parties shall complete all depositions.

**PLAINTIFF'S SUBMISSIONS**

3. On or before April 20, 2007, plaintiff shall provide defendant with plaintiff's proposed findings of fact which shall be:

(i) detail-specific (i.e., covering only those material facts plaintiff will need to establish at trial in order to prevail on the issue(s) in question);

(ii) subdivided by issue and arranged in the order in which plaintiff will offer their proof at trial (preferably chronologically);

(iii) keyed to the evidence (i.e., identified with the document and/or witness upon which plaintiff will rely at trial to establish the requested finding); and

(iv) editorially neutral (the court should not be able to determine the authorship of a requested finding from the style of its presentation).

4. On or before April 20, 2007, plaintiff shall provide defendant with a proposed exhibit list conforming to the requirements of ¶ 13, Appendix A, RCFC.

5. On or before April 20, 2007, plaintiff shall file its witness list conforming to the requirements of ¶ 13, Appendix A, RCFC.

**DEFENDANT'S SUBMISSIONS**

6. On or before May 10, 2007, defendant shall provide plaintiff with its responses to plaintiff's proposed findings of fact, including any additional findings defendant deems necessary.

7. On or before May 10, 2007, defendant shall provide plaintiff with a proposed exhibit list consisting of those exhibits identified as joint exhibits as well as defendant's individual exhibits.

8. On or before May 10, 2007, defendant shall file its witness list conforming to the requirements of ¶ 13, Appendix A, RCFC.

**JOINT SUBMISSIONS**

9. On or before May 21, 2007, plaintiff shall file a composite set of proposed findings of fact consisting of plaintiff's initially proposed findings, defendant's responses to plaintiff's initial findings, and plaintiff's reply to any additional findings proposed by defendant.

10. On or before May 21, 2007, the parties shall file a final exhibit list, consisting of the parties' joint exhibits and each party's individual exhibits.

11. On or before May 30, 2007, the parties shall provide the court with an agenda of any issues to be ruled upon at the final pretrial conference, including any objections to proposed exhibits and witnesses.

## FINAL PRETRIAL CONFERENCE

12. A pretrial conference will be held at 2:30 p.m. on Thursday, June 7, 2007, for an in-depth examination of the issues in the case to ensure that counsel have a thorough understanding of each other's positions, and to resolve any problems regarding exhibits or witnesses.

## TRIAL

13. Trial is scheduled to commence at 10:00 a.m. on Monday, June 18, 2007, in Washington, DC.

s/John P. Wiese
John P. Wiese
Judge