# In the United States Court of Federal Claims

No. 04-1601C
Filed: May 22, 2007

| | |
|---|---|
| | ) |
| M. RAINA ASSOCIATES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

ORDER

EXTENDING FILING DEADLINE

The time within which plaintiff shall file a composite set of proposed findings of fact and the parties shall file a final exhibit list, consisting of the parties' joint exhibits and each party's individual exhibits is extended to and including May 29, 2007.

s/John P. Wiese
John P. Wiese
Judge