# In the United States Court of Federal Claims

No. 04-1601C
Filed: July 23, 2007

| | |
|---|---|
| M. RAINA ASSOCIATES, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

ESTABLISHING FILING DEADLINE

On or before August 6, 2007, the parties shall file a status report advising the court as to their progress toward settlement.

s/John P. Wiese
John P. Wiese
Judge