IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M. RAINA ASSOCIATES, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 04-1601C<br>(Senior Judge Wiese) |
| M. RAINA ASSOCIATES, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 05-1222C<br>(Senior Judge Wiese) |

STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, M. Raina Associates, Inc., and the United States, by their respective attorneys, pursuant to Rule 41(a) of the Rules of the United States Court of Federal Claims, stipulate to the dismissal of the claims plaintiffs have asserted in these actions with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

s/ Leonard A. Sacks
LEONARD A. SACKS
Leonard A. Sacks & Associates, P.C.
One Church Street
Suite 303
Rockville, MD 20850
Tele: (301) 738-2470
Fax: (301) 738-3705

Attorney for Plaintiff

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Roger A. Hipp
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
Washington, D.C. 20530
Tele: (202) 307-0277
Fax: (202) 307-0972

Dated: August 6, 2007

Attorneys for Defendant